# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 6 | **DATE** | 1/3/2008 |
| **CASE TITLE** | United States of America vs. Juan Duran | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing waived.   Enter a finding of probable cause; order defendant bound to the U.S. District Court for further proceedings.  Detention hearing set for 1/11/08 at 10:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|