# United States District Court

NORTHERN   DISTRICT OF   ILLINOIS

UNITED STATES OF AMERICA

V.

JUAN DURAN

**WARRANT FOR ARREST**

CASE NUMBER: 07CR 0851-6

*FILED JAN 11 2008 / 1-11-08 / MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Juan Duran
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of five hundred grams of mixtures and substances containing cocaine, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21 United States Code, Section(s) 846; and Title 18, USC, Section 2 .

Sidney I. Schenkier
Name of Issuing Officer

_[signature]_
Signature of Officer

U.S. Magistrate Judge
Title of Issuing Officer

12/19/2007   Chicago, Illinois
Date and Location

Bail fixed at $ _____  by _____
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 5207 S. ROCKWELL CHICAGO, IL 60632 (1ST FLOOR) |

| DATE RECEIVED 12-20-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-20-07 | S/A JUSTIN WILLIAMS | S/A _[signature]_ |